FILED
MAY 14 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ PC
DEPUTY CLERK

United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America, § | |
| § | |
| Plaintiff, § | Case No.: EP: 23-MJ-00044-ATB |
| v. § | |
| § | |
| Steven M. Driscoll § | |
| § | |
| Defendant. § | |

## ORDER

On this date, came on to be considered the Government's Motion for Leave to Dismiss the Complaint, Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and to Quash the Arrest Warrant, filed in the above entitled and numbered cause, and the Court, having considered the same, is of the opinion that the Government's Motion should be granted.

IT IS ORDERED that the Government's Motion for Leave to Dismiss the Complaint, Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and to Quash the Arrest Warrant, filed in the above entitled and numbered cause, is hereby GRANTED.

IT IS ORDERED that the Complaint filed, in the above entitled and numbered case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, is hereby DISMISSED.

IT IS ORDERED that the warrant for arrest issued, in the above entitled and numbered cause, is hereby QUASHED.

SIGNED and ENTERED this 14th day of May, 2024.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE